# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Aimee Lynn O'Neil,

    Plaintiff

v.

Charlene O'Neil, et al.,

    Defendants

Case No.: 2:20-cv-0652-JAD-BNW

**Order Adopting Report & Recommendation, Denying Motions, and Dismissing Case**

[ECF Nos. 4, 5, 7, 9, 11, 13, 19, 21, 22, 23]

    Aimee Lynn O'Neil claims that her mother in Florida, aided by another woman in New York, interfered with her ability to earn a living in Colorado, plotted to have her killed, had her phone tapped, recruited her coworkers to stalk and intimidate her, and had men sexually harass her, all "out of hate, jealousy and revenge."[1]  To provide insight into her relationship with her mother, O'Neill recounts a dark tale of childhood abuse and exploitation, murder, and grave-switching.  She sues for conspiracy, Fourth Amendment privacy violations, lost profits, and the "intentional tort" of "hate," and she has filed nearly a dozen motions, including ones for default, summary judgment, injunctive relief, and leave to amend.

    Magistrate Judge Brenda Weksler has screened O'Neil's complaint.  Highlighting O'Neil's more outrageous allegations, the magistrate judge found that they "describe fantastic and delusional scenarios and do not state a claim upon which relief can be granted."[2]  She adds that, although O'Neil proposes amendments, they fail to cure the problems with her claims.  She recommends that I dismiss this action on that basis and deny all pending motions.[3]

---

[1] ECF No. 1-1.

[2] ECF No. 22 at 3.

[3] *Id*.

The deadline for O'Neil to object to that recommendation ran 15 days ago, and O'Neil filed no objections. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[4] Having reviewed the R&R, I find good cause to adopt it, and I do.

Accordingly, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 22] is ADOPTED** in its entirety.

IT IS FURTHER ORDERED that O'Neil's motions for leave to amend **[ECF Nos. 19, 21] are DENIED** because amendment would be futile.

IT IS FURTHER ORDERED that all other motions **[ECF Nos. 4, 5, 7, 9, 11, 13, 23] are DENIED** as moot.

The Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.

Dated: September 16, 2020

_____
U.S. District Judge Jennifer A. Dorsey

---

[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).